UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

Consent to Exercise of Jurisdiction
By a United States Magistrate Judge

| | |
|---|---|
| GOLDEN SURROGACY LLC, an Illinois limited liability company, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 17-cv-02333 |
| CONCEIVEABILITIES, INC., an Illinois corporation, and Nazca Fontes, an individual, ) ) ) ) | Assigned Judge: Harry D. Leinenweber  Designated Mag. Judge: Sheila Finnegan |
| Defendants. ) | |

In accordance with the provisions of Title 28 U.S.C. §636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of a final judgment. Should this case be reassigned to a magistrate judge other than the magistrate judge designated pursuant to Local Rule 72.1, the undersigned may object within 21 days of such reassignment. If a timely objection is filed by any party, the case will be reassigned to the district judge before whom it was last pending. If no objection has been filed within 21 days, the parties will be deemed to have consented to the reassignment.

| March 28, 2017 | By: /s/ Daliah Saper | Golden Surrogacy LLC |
|---|---|---|
| Date | Signature | Name of Party or Parties |

| March 28, 2017 | By: /s/ Patrick Arnold | Conceiveabilities, Inc.; Nazca Fontes |
|---|---|---|
| Date | Signature | Name of Party or Parties |

Note: File this consent *only* if all parties have consented on this form to the exercise of jurisdiction by a United States magistrate judge.