## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Golden Surrogacy LLC

                                 Plaintiff,

v.                                                     Case No.: 1:17−cv−02333
                                                              Honorable Sheila M. Finnegan

Conceiveabilities, Inc., et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 12, 2019:

      MINUTE entry before the Honorable Sheila M. Finnegan: Pursuant to the parties' stipulation [73], Fed. R. Civ. P. 41(a)(1)(A)(ii), and a settlement agreement that the parties entered into on 3/9/2018, this action is dismissed with prejudice. Mailed notice(sxw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.